1 Sean O. Anderson
Legal Officer
2 NATIONAL PARK SERVICE
Legal Office
3 P.O. Box 517
Yosemite, California  95389
4 Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Docket Number:  6:19-mj-00069-JDP |
| Plaintiff, | |
| | **MOTION TO VACATE FINAL REVIEW HEARING AND TERMINATE PROBATION; AND ORDER THEREON** |
| FEDERICO CALDER MENDOZZA, | |
| Defendant. | |

      The United States, by and through its representative, Sean O. Anderson hereby moves the Court for an Order to Vacate the final review hearing currently scheduled in this matter for September 2, 2020, and terminate probation. The Defendant is in agreement with this request. To date, Defendant has complied with all the terms of unsupervised probation as ordered by this Court on October 2, 2019.

    .

    Dated:  August 31, 2020                    /S/ Sean O. Anderson
                                                  Sean O. Anderson
                                                  Legal Officer
                                                  Yosemite National Park

1

**ORDER**

Upon application of the United States, good cause having been shown therefor, it is hereby ordered that the final review hearing scheduled for September 2, 2020, in the above-referenced matter, *United States v. Mendozza*, 6:19-mj-00069-JDP, be vacated and probation terminated.

IT IS SO ORDERED.

Dated:   September 1, 2020                              _____
                                                        UNITED STATES MAGISTRATE JUDGE

2